UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SCHNITZER STEEL INDUSTRIES, INC. AND SCHNITZER PUERTO RICO, INC.,<br><br>Defendants. | CIVIL NO.: 22-cv-01087-ADC |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

The undersigned counsel for Schnitzer Steel Industries, Inc. and Schnitzer Puerto Rico, Inc. (collectively, the "Schnitzer Entities") hereby enter their appearance, pursuant to Rule 83D (a) of the *Local Rules for the United States District Court for the District of Puerto Rico*. The undersigned counsel respectfully request that all motions, papers, pleadings, and orders be served upon them at their address of record, which appears below.

**WHEREFORE**, the undersigned counsel for the Schnitzer Entities respectfully request that the Honorable Court take notice of the above and provide accordingly.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of May 2022.

    **McCONNELL VALDÉS LLC**
    270 Muñoz Rivera Avenue
    Hato Rey, Puerto Rico 00918
    P.O. Box 364225
    San Juan, Puerto Rico 00936-4225
    Tel: (787) 759-9292
    Fax: (787) 759-8282

    s/Carlos J. Fernández-Lugo
    Carlos J. Fernández-Lugo, Esq.
    USDC-PR No. 210305
    cfl@mcvpr.com

s/Diego R. Meléndez-Apellániz  
Diego R. Meléndez-Apellániz, Esq.  
USDC-PR No. 305008  
drma@mcvpr.com

**CERTIFICATE OF SERVICE**

It is hereby certified that, on this same date, a true and exact copy of this document was filed with the Clerk of the Court using the CM/ECF system, which will notify of the instant filing to all counsel of record.

s/Diego R. Meléndez-Apellániz  
Diego R. Meléndez-Apellániz  
USDC-PR No. 305008  
drma@mcvpr.com