# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>SCHNITZER STEEL INDUSTRIES, INC. and SCHNITZER PUERTO RICO, INC.,<br><br>Defendants | Case No. 3:22-cv-01087-ADC |

## JOINT MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT

Pursuant to Local Rule 6 and Fed. R. Civ. P. 6(b), Plaintiff Conservation Law Foundation ("CLF" or "Plaintiff") and Defendants Schnitzer Steel Industries, Inc. and Schnitzer Puerto Rico, Inc. (collectively, "Schnitzer" or "Defendants"), respectfully submit this Joint Motion for a 90-day extension of the deadline for CLF to serve the Summons, Complaint and Civil Case Opening Documents on Defendants. The deadline for service by CLF on Defendants is currently May 23, 2022. If granted by the Court, this motion would reset the deadline for service by CLF on Defendants to August 22, 2022.

The parties have good cause for seeking an extension of time for service under Local Rule 6 and Fed. R. Civ. P. 6(b), as they are in ongoing negotiations in an effort to resolve or narrow the issues in the above-captioned case.

| | |
|---|---|
| May 19, 2022 | *Respectfully submitted*, |
| CONSERVATION LAW FOUNDATION, INC. | SCHNITZER STEEL INDUSTRIES, INC.<br>SCHNITZER PUERTO RICO, INC. |
| By its attorneys: | By its counsel: |
| /s/ Miguel Sarriera-Román<br>Miguel Sarriera-Román, Esq.<br>USDC-PR 207714<br>Miguel Sarriera Román Law Office<br>1104 Calle San Miguel<br>Quebradillas, PR 00678-2803<br>Phone: (787) 630-8319<br>email: miguelsarriera@yahoo.com | McCONNELL VALDÉS LLC<br>270 Muñoz Rivera Avenue<br>Hato Rey, Puerto Rico 00918<br>PO Box 364225<br>San Juan, Puerto Rico 00936-4225<br>Tel: (787) 250-5669<br>Fax: (787) 759-8282 |
| Heather A. Govern, Esq.<br>*Pro hac vice motion to be filed*<br>Conservation Law Foundation<br>62 Summer Street<br>Boston, MA 02110<br>(617) 350-0990<br>hgovern@clf.org | s/Carlos J. Fernández-Lugo<br>Carlos J. Fernández-Lugo, Esq.<br>USDC-PR No. 210305<br>cfl@mcvpr.com |
| Chelsea E. Kendall, Esq.<br>*Pro hac vice motion to be filed*<br>Conservation Law Foundation, Inc.<br>62 Summer St.<br>Boston, MA 02110<br>(617) 850-1792<br>ckendall@clf.org | s/Diego R. Meléndez-Apellániz<br>Diego R. Meléndez-Apellániz, Esq.<br>USDC-PR No. 305008<br>drma@mcvpr.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, the foregoing joint motion was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

/s/ Miguel Sarriera-Román
Miguel Sarriera-Román