UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff <br><br> v. <br><br> SCHNITZER PUERTO RICO, INC., <br><br> Defendant. | Case No. 3:22-cv-01087 |

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Plaintiff Conservation Law Foundation ("CLF" or "Plaintiff") and Defendant Schnitzer Puerto Rico, Inc. ("SPR" or "Defendant") (jointly "the Parties") hereby provide notice to the Court that the Parties are lodging the attached Proposed Consent Decree, pending the conclusion of the required 45-day review period mandated by the Clean Water Act and its regulations. 33 U.S.C. 1251 *et seq.* and 40 C.F.R. 135.5(b). No action by the Court is needed at this time.

The Citizen Suit provision of the Clean Water Act provides that no consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the EPA Administrator. 33 U.S.C. § 1365(c)(3).

Plaintiff will provide a copy of the Proposed Consent Decree to the Attorney General and the EPA Administrator by email on December 16, 2022. The Parties will notify the Court when the 45-day period has expired and request at that time that the Proposed Consent Decree be entered.

December 16, 2022

*Respectfully submitted*,

CONSERVATION LAW FOUNDATION, INC.

By its attorneys:
/s/ Miguel Sarriera-Román
Miguel Sarriera-Román, Esq.
USDC-PR 207714
Miguel Sarriera Román Law Office
1104 Calle San Miguel
Quebradillas, PR 00678-2803
Phone: (787) 630-8319
Email: miguelsarriera@yahoo.com

Heather A. Govern, Esq.
*Pro hac vice motion to be filed*
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

Chelsea E. Kendall, Esq.
*Pro hac vice motion to be filed*
Conservation Law Foundation, Inc.
62 Summer St.
 Boston, MA 02110
(617) 850-1792
ckendall@clf.org

SCHNITZER PUERTO RICO, INC.

By its counsel:

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue Hato Rey, Puerto Rico 00918 PO Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5669
Fax: (787) 759-8282

s/ Carlos J. Fernández-Lugo
Carlos J. Fernández-Lugo, Esq.
USDC-PR No. 210305
cfl@mcvpr.com

s/ Diego R. Meléndez-Apellániz
Diego R. Meléndez-Apellániz, Esq.
USDC-PR No. 305008
drma@mcvpr.com

Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Tel: (206) 624-0900
Fax: (206) 386-7500

s/ Beth S. Ginsberg
Beth S. Ginsberg, Esq.
beth.ginsberg@stoel.com
Admitted Pro Hac Vice

s/ Veronica M. Keithley
Veronica M. Keithley, Esq.
veronica.keithley@stoel.com
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, the foregoing joint motion was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

/s/ Miguel Sarriera-Román
Miguel Sarriera-Román