# Exhibit A



**Comité Diálogo Ambiental, Inc.**

PO Box 518
Salinas, Puerto Rico 00751
(787) 543-9981, (787) 312-2223
dialogoambiental@gmail.com, rstg02@gmail.com

January 12, 2023

Citizen Suit Coordinator
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
950 Pennsylvania Avenue NW, Room 2615
Washington, DC 20530

Re: Conservation Law Foundation, Inc. v. Schnitzer Puerto Rico, Inc.
Case No. 3:22-cv-01087-ADC

Dear Citizen Suit Coordinator:

This letter relates to the Consent Decree in the above-referenced case which was lodged with the U.S. District Court for the District of Puerto Rico and submitted to your office on December 16, 2022. At the request of the Department of Justice, this letter provides additional information on payments to a third party.

Section 7 of the Consent Decree directs Defendants to pay $825,000 to Comité Diálogo Ambiental, Inc. ("Diálogo") to support two Mitigation Projects. This letter sets forth the general goals, terms, and conditions upon which Diálogo intends to carry out the responsibilities set forth in the Consent Decree.

Diálogo is a community-based environmental organization, incorporated in 1997 as a nonprofit entity under the laws of the Commonwealth of Puerto Rico. We have read the Consent Decree and will spend any monies received under the Consent Decree only for the purposes specified in the Consent Decree. No portion of any money received under the Consent Decree will be used for any lobbying purposes. Diálogo will submit an annual status report to the Parties for each year in which the funds are spent, to be submitted at the times, and containing the components, specified in Section 2.A of Exhibit B to the Consent Decree. Diálogo will comply with all guidelines and restrictions in the Consent Decree, including those governing changes in projects and unspent funds.

Diálogo will conduct two Mitigation Projects with the funds allocated in the Consent Decree. The first mitigation project, entitled Land Conservation and Native Plant Restoration, will reduce water

pollution, improve air quality, and promote biological diversity in the Jobos Bay area through the cultivation of native plant species that serve as natural pollution barriers. Diálogo will purchase an ecologically significant parcel of land in the Jobos Bay area and restore the land by planting and protecting native species such as mangroves and patchouli. With their complex root systems and high toxicity resistances, these plants will filter nutrient and heavy metal pollutants contained in stormwater runoff, while also preventing soil erosion, providing habitat to threatened and endangered animal species, and storing carbon dioxide. In addition, Diálogo will conduct water quality investigations and promote native plant restoration through monthly trainings in communities near the Río Hondo, the Río Bairoa, the coastal watershed between the Río Sabana and the Río Grande de Loiza, the Caribbean Sea, and/or Jobos Bay. These trainings will teach community members how to plant natural barriers and native plants in their own communities to promote pollution reduction and water quality improvements.

In the mitigation project entitled Environmental Quality Assessment at Jobos Bay, Diálogo will conduct water quality sampling and monitoring of the water sources to Jobos Bay with the participation of trained community members. Water sampling and surveys of the environment around Jobos Bay (and the workshops to train community members in water quality sampling) will take place every six months. The data produced by this monitoring will assist Diálogo in its efforts to protect Jobos Bay and the South Coast Aquifer from numerous environmental harms, including pollution driven by overdevelopment, water pollution from landfills, power plant discharges, and coal combustion residual waste.

We appreciate the opportunity to improve our community's waters.

Sincerely,

Víctor Alvarado Guzmán
Coordinator
Comité Diálogo Ambiental, Inc.