IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCHNITZER PUERTO RICO, INC., <br><br> Defendant. | CIVIL NO. 22-1087 (CVR) |

## CONSENT JUDGMENT

The parties' Consent Decree (Docket No. 25) is approved, adopted, and ordered implemented.

Judgment is hereby entered incorporating the terms of the Consent Decree.

This Court shall retain jurisdiction over this case until the Termination Date for the purpose of resolving disputes arising under this Consent Decree or entering orders modifying the Consent Decree, pursuant to Sections X (Dispute Resolution) and XIII (Modification), or effectuating or enforcing compliance with the terms of the Consent Decree.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 31st day of January 2023.

                                                     S/CAMILLE L. VELEZ-RIVE
                                                     CAMILLE L. VELEZ RIVE
                                                     UNITED STATES DISTRICT JUDGE